1

2

3

4

5

6

7

8                             IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES E. JONES,

11              Petitioner,                    No. CIV S-09-2664 GGH P

12        vs.

13   KATHY DICKINSON,

14              Respondent.                    ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  Petitioner

18   challenges the California Board of Parole Hearings (BPH) decision finding petitioner unsuitable

19   for parole.

20              Since petitioner may be entitled to the requested relief if the claimed violation of

21   constitutional rights is proved, respondent will be directed to file a response to petitioner's

22   application.

23              In accordance with the above, IT IS HEREBY ORDERED that:

24              1.  Respondent is directed to file a response to petitioner's application within sixty

25   days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall

26   be accompanied by any and all transcripts or other documents relevant to the determination of the

                                              1

1   issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

2          2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

3   of an answer;

4          3.  If the response to petitioner's application is a motion, petitioner's opposition or

5   statement of non-opposition shall be filed and served within thirty days of service of the motion,

6   and respondents' reply, if any, shall be filed within fifteen days thereafter; and

7          4.  The Clerk of the Court shall serve a copy of this order, *the*

8   *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*

9   together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.

10  § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

11  DATED: October 15, 2009

12

13                                          /s/ Gregory G. Hollows

14                                          GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

15  GGH:kly
    jone2664.100fee

16

17

18

19

20

21

22

23

24

25

26