IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. JONES,

    Petitioner,　　　　　　　　　　　　No. CIV S-09-2664-MCE-TJB

    vs.

KATHY DICKINSON,

    Respondent.　　　　　　　　　　　　<u>ORDER</u>

_____/

    On February 17, 2011, Petitioner filed a motion requesting appointment of counsel. The Sixth Amendment right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). A district court, however, may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require," and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the district court's discretion. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See Chaney*, 801 F.2d at 1196; *Eskridge v. Rhay*, 345 F.2d 778, 782 (9th Cir. 1965).

///

Appointment of counsel is not warranted in this case. Petitioner's claims are typical claims arising in a habeas petition and are not especially complex. This is not an exceptional case warranting representation on federal habeas review. Petitioner's request for appointment of counsel is denied.

IT IS HEREBY ORDERED that Petitioner's February 17, 2011, request for appointment of counsel (ECF No. 30) is denied.

DATED:     February 22, 2011.

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE